IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ANDREW RUSSELL<br>AND RUTH GALLEGO,<br>individually and on behalf of all others<br>similarly situated,<br>　　　　　Plaintiffs,<br>　　v.<br><br>THE UNITED STATES,<br><br>　　　　　Defendant. | No. 14-1062<br>Chief Judge Susan G. Braden |

## STIPULATION OF DISMISSAL WITH PREJUDICE

On May 11, 2017, the Court gave final approval to the settlement in the above-captioned action.  *See* ECF No. 23.  Now that all required settlement payments have been made pursuant to the parties' settlement agreement, the parties hereto stipulate to the dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the Court of Federal Claims.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　CHAD A. READLER
　　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　ROBERT E. KIRSCHMAN, JR.
s/ John G. Jacobs　　　　　　　　　　　　Director
John G. Jacobs
Bryan G. Kolton　　　　　　　　　　　　　s/ Steven J. Gillingham
55 West Monroe Street　　　　　　　　　　STEVEN J. GILLINGHAM
Suite 2970　　　　　　　　　　　　　　　Assistant Director
Chicago, Illinois 60603
(312) 427-4000　　　　　　　　　　　　　s/ Michael A. Rodriguez
jgjacobs@jacobskolton.com　　　　　　　　MICHAEL A. RODRIGUEZ
bgkolton@jacobskolton.com　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　Department of Justice
Attorneys for Plaintiffs　　　　　　　　　　　P.O. Box 480
　　　　　　　　　　　　　　　　　　　　　Ben Franklin Station
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20044
　　　　　　　　　　　　　　　　　　　　　Tel.: (202) 305-4696
　　　　　　　　　　　　　　　　　　　　　Michael.A.Rodriguez@usdoj.gov

January 25, 2018　　　　　　　　　　　　Attorneys for Defendant